236 So.2d 28

John J. WATERMEIER, Jr., Mrs. Martha G. Robinson and Louis Schlekau

v.

The LOUISIANA STADIUM AND EXPOSITION DISTRICT, and the Board of Commissioners thereof.

No. 50558.

May 5, 1970.

Writ refused. The showing made does not warrant the relief sought.

236 So.2d 28

Mildred HEADRICK

v.

PENNSYLVANIA MILLERS MUTUAL INSURANCE COMPANY.

No. 50526.

June 8, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted, limited, however, to the claim of the plaintiff to penalties and attorney's fee.